# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Shirley Lynn Hines** DOB: 1972; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO. **21-01683MJ** |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(B)(ii), and 1324(a)(1)(B)(iii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about July 15, 2021, in the District of Arizona, **Shirley Lynn Hines**, knowing and in reckless disregard of the fact that certain illegal aliens, including Leonel Vazquez-Martinez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so and placing in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(B)(ii), and 1324(a)(1)(B)(iii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about July 15, 2021, in the District of Arizona (Sells), United States Border Patrol Agents (BPA) conducted surveillance on a silver 2013 Chevrolet Malibu which passed by the SR-86 checkpoint. The BPA saw only two occupants inside the vehicle. Through records checks, BPA learned that the vehicle was registered to **Shirley Lynn Hines** to an address in Tucson, Arizona. The vehicle turned southbound on Ali Chuckson Road, an area where only tribal members are allowed in the reservation and non-tribal members required a special pass to visit. The vehicle then returned approximately 10 minutes later. The BPA parked on SR-86 and Ali Chuckson Road did not see any additional passengers but noticed that the rear of the vehicle was riding much lower than when he saw it initially. The BPA had previously been informed by a Pinal County Sherriff's Deputy about **Hines** being stopped along I-10 back in December 2020 with two suspected noncitizens. Since the BPA couldn't see anyone in the rear seat, the BPA suspected that noncitizens could be hiding in the trunk of the vehicle. The BPA performed an immigration stop on SR-86 near FR-35.

The BPA approached the vehicle and saw multiple people laying on top of one another in the back seat, all wearing camouflage clothing. The driver **Hines** said that she did not know the passengers and that she had just picked them up. The BPA determined that six passengers were in the U.S. illegally, including one unaccompanied juvenile and two adults found hiding inside the trunk. **Hines** and front seat passenger were U.S. Citizens. One noncitizen was identified as Leonel Vazquez-Martinez.

Records checks revealed that Leonel Vazquez-Martinez did not have the proper immigration documentation to enter or remain in the U.S. legally. Vazquez was previously removed from the U.S. on July 23, 2009.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| Detention Requested<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/rj | SIGNATURE OF COMPLAINANT |
|---|---|
| Sworn by telephone _x_ | OFFICIAL TITLE<br>Border Patrol Agent |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>July 16, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54